UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

JAMES GOODE,

   Plaintiff,

  v.           CASE NO. 1:14-cv-00337-HSM-SKL

SYNCHRONY BANK,      **STIPULATION OF DISMISSAL**

   Defendant.

**PLEASE TAKE NOTICE** that Plaintiff James Good, pursuant to Rule 41(a)(1)(B), having file a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action with prejudice with each party to bear his/its own attorneys' fees and costs.

|  |  |
|---|---|
| June 22, 2015 | **KROHN & MOSS, LTD.** |
|  | /s/ Shireen Hormozdi |
|  | Shireen Hormozdi , Esq. |
|  | 10474 Santa Monica Blvd. Suite 405 |
|  | Los Angeles, CA 90025 |
| June 22, 2015 | **KING & BALLOW** |
|  | /s/ Douglas R. Pierce |
|  | Douglas R. Pierce, Esq. |
|  | 315 Union Street, Suite 1100 |
|  | Nashville, TN 37201 |

STIPULATION OF DISMISSAL

# CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Shireen Hormozdi
Shireen Hormozdi, Esq.
Attorney for Plaintiff

STIPULATION OF DISMISSAL